**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1392**

———————

THOMAS T. POSTON,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Dennis W. Shedd, District Judge.
(CA-98-3789-6)

———————

Submitted:  August 30, 2000      Decided:  September 6, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas T. Poston, Appellant Pro Se.  Carol S. Prescott, SOCIAL
SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas T. Poston appeals the district court's order granting summary judgment to the Commissioner on Poston's action seeking review of the denial of Social Security disability benefits. This case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that summary judgment be granted to the Commissioner. Poston, who was represented by counsel in the district court, failed to object to the magistrate judge's report.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of the report and recommendation. See Wells v. Shriners Hosp., 109 F.3d 198, 199-201 (4th Cir. 1997) (holding that counseled party's failure to timely file objections to magistrate judge's recommendation waives his right to appeal). Because Poston did not file objections, he waived appellate review. Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2